# Order

Michigan Supreme Court
Lansing, Michigan

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140349(67)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM FRANCIS COCKREAM,
      Defendant-Appellant.

SC: 140349
COA: 286046
Mason CC: 07-001876-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's March 31, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010 _____

d0517

                      Clerk